United States District Court
for the
Southern District of Florida

| Kevin Jordan, Plaintiff, | ) |
| --- | --- |
| v. | ) |
| | ) Civil Action No. 19-24033-Civ-Scola |
| Carlos Gimenez, Mayor of Dade County, Florida, Defendant. | ) |

### Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On November 15, 2019, Judge Reid issued her report, recommending that, upon initial screening, in accordance with 28 U.S.C. § 1915, the Court dismiss Plaintiff Kevin Jordan's claims. (Rep. of Magistrate Judge, ECF No. 9.) Jordan has not objected to Judge Reid's report and the time to do so has passed.

In his complaint, construed liberally, Jordan, a civil detainee at the Florida Civil Commitment Center, challenges Florida's Lauren Book Ordinance, Florida Statutes section 775.215, both under state law as well as the Constitution. The Court agrees with Judge Reid that Jordan lacks standing and fails to state a claim for either an injunction or declaratory relief. Accordingly, after careful review, the Court **adopts** Judge Reid's report and recommendation (**ECF No. 9**) in full and **dismisses** Jordan's complaint, albeit **without prejudice**.

Although the Court has dismissed Jordan's complaint, it nonetheless affords him the opportunity to file an amended complaint in the event he believes he can cure the deficiencies described in Judge Reid's report. To be considered by the Court, Jordan must file his amended complaint on or before **January 2, 2020**.

In the meantime, the Clerk is directed to administratively **close** this case. In the event Jordan timely files an amended complaint that sufficiently establishes standing and states a claim upon which relief may be granted, the Court will reopen this case. Any pending motions are **denied as moot**.

**Done and Ordered** in Miami, Florida, on December 12, 2019.

_____
Robert N. Scola, Jr.
United States District Judge